# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RENE R. ROSS,

    Plaintiff,

vs.

STATE OF NEVADA,

    Defendant.

Case No. 2:06-CV-00331-KJD-(GWF)

**ORDER**

The Court dismissed the Complaint with leave to amend because the only Defendant in this action was immune from suit. Plaintiff has not submitted an amended complaint within the allotted time.

Before dismissing the action, the district court is required to weigh several factors: "(1) the public's interest in expeditious resolution of litigation; (2) the court's need to manage its docket; (3) the risk of prejudice to the defendants; (4) the public policy favoring disposition of cases on their merits and (5) the availability of less drastic sanctions." Henderson v. Duncan, 779 F.2d 1421, 1423 (9th Cir.1986). The Court has already determined that the Complaint failed to state a claim upon which relief can be granted. Because Plaintiff has not amended his Complaint to correct the defects, dismissal of this action is the only possible sanction, and neither the Court nor the public is served well by keeping this action open any longer.

///

///

///

-2-

1   IT IS THEREFORE ORDERED that this action is **DISMISSED** for failure to state a
2 claim upon which relief can be granted.  The Clerk of the Court shall enter judgment accordingly.
3   DATED:  January 9, 2007

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　KENT J. DAWSON
　　　　　　　　　　　　　　　　　　　　　　United States District Judge

-2-